IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: ETHICON, INC.
      PELVIC REPAIR SYSTEM
         PRODUCTS LIABILITY LITIGATION       MDL No. 2327

THIS DOCUMENT RELATES TO THE CASES LISTED ON EXHIBIT A

## MEMORANDUM OPINION AND ORDER

The cases identified on Exhibit A attached hereto involve plaintiffs who failed to appear at a Mandatory Status Conference and respond to the court's Show Cause Order entered in MDL 2:12-md-2327 and in each individual case on Exhibit A. 2:12-md-2327, Pretrial Order ("PTO") # 323 [ECF No. 7572]. On November 29, 2018, the court entered an Order in the main MDL and each case on Exhibit A directing certain plaintiffs who have alleged claims against Ethicon, Inc., Ethicon, LLC, and/or Johnson & Johnson (hereinafter collectively referred to as "Ethicon") to appear in person at the Robert C. Byrd United States Courthouse for a Mandatory Status Conference scheduled on February 15, 2019. *See* PTOs # 323, # 325, # 326. The plaintiffs on Exhibit A neither appeared at the Mandatory Status Conference nor responded to this court's Ethicon Show Cause Order entered on February 19, 2019 in each individual case. The court finds, pursuant to Rules 16 and 37 of the Federal Rules of Civil Procedure and after weighing the factors identified in *Wilson v. Volkswagen of Am., Inc.*, 561 F.2d 494, 503-06 (4th Cir. 1977), the cases on Exhibit A should be dismissed with prejudice for failure to attend the court's Mandatory Status Conference and respond to the court's Show Cause Order in compliance with the court's previous Orders.

Therefore, the court **ORDERS** that the pending cases listed on Exhibit A are **DISMISSED WITH PREJUDICE** and **STRICKEN** from the court's docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party in every case on Exhibit A.

ENTER: March 5, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

| | Civil Action No. | Plaintiff(s) Name |
|---|---|---|
| 1 | 2:12-cv-02269 | Shell, Kathy & Roger |
| 2 | 2:12-cv-03554 | Reed, Gail |
| ~~3~~ | ~~2:12-cv-06033~~ | ~~Sugg, Lenda~~ |
| 4 | 2:12-cv-07987 | Stapleton, Shannon & Vansel |
| 5 | 2:12-cv-09647 | Baker, Freedom & Franklin Bates, Jr. |
| 6 | 2:12-cv-09883 | Maddux, Teresa |
| 7 | 2:13-cv-02317 | Belisle, Julie A. |
| ~~8~~ | ~~2:13-cv-03073~~ | ~~Marsh, Sara~~ |
| ~~9~~ | ~~2:13-cv-03282~~ | ~~Notter, Angela & Daron~~ |
| 10 | 2:13-cv-03546 | Dodson, Mitsey |
| 11 | 2:13-cv-06813 | Kirby, Brenda L. & Jeffery |
| 12 | 2:13-cv-07080 | Bodiford, Brenda & Raymond |
| 13 | 2:13-cv-07511 | McCubbins, Brenda |
| 14 | 2:13-cv-07671 | Sutton, Kimberly |
| 15 | 2:13-cv-07990 | Washington, Carole |
| 16 | 2:13-cv-08069 | Beliew, Betty & Bobby |
| 17 | 2:13-cv-08851 | Peridore, Courtney & Linsy |
| 18 | 2:13-cv-08957 | Williams, Laverne |
| 19 | 2:13-cv-09178 | Elliott, Michlene M. |
| 20 | 2:13-cv-09522 | Killian, Suzanne |
| 21 | 2:13-cv-09712 | Waters, Paula |
| 22 | 2:13-cv-09785 | Binks, Tammy & Richard |
| 23 | 2:13-cv-11107 | Joosten, Gaylene |
| ~~24~~ | ~~2:13-cv-13080~~ | ~~Stephens, Tammy A.~~ |
| 25 | 2:13-cv-13236 | Dale, Miriam |
| ~~26~~ | ~~2:13-cv-13818~~ | ~~Clanton, Brandie~~ |
| 27 | 2:13-cv-15452 | Baber, Jo Ann |
| ~~28~~ | ~~2:13-cv-15778~~ | ~~Gomez, Leslie Lee & Ignacio Gomez Vasquez~~ |
| 29 | 2:13-cv-15940 | Cardenas, Diana |
| 30 | 2:13-cv-16460 | Semore, Suzan |
| 31 | 2:13-cv-17039 | Requelme, Judith |
| 32 | 2:13-cv-17141 | Passarello, Diane |
| 33 | 2:13-cv-17636 | Lewis, Naomi |

| | | |
|---|---|---|
| 34 | 2:13-cv-18616 | Alvarado, Clarita & Jose Guadalupe |
| ~~35~~ | ~~2:13-cv-18733~~ | ~~Ayala, Maria~~ |
| 36 | 2:13-cv-18837 | Garza, Martha & Juan Antonio |
| 37 | 2:13-cv-20755 | Oliver, Patsy |
| 38 | 2:13-cv-22564 | Cuevas, Martha & Abraham |
| 39 | 2:13-cv-22693 | Carder, Dolores & Aubrey |
| 40 | 2:13-cv-22697 | Murn, Linda |
| 41 | 2:13-cv-23073 | Beverly, Trisha |
| 42 | 2:13-cv-24262 | Nelson, Erin |
| 43 | 2:13-cv-24791 | Zellem, Cathy L. |
| 44 | 2:13-cv-26079 | Hale, Angela & John |
| 45 | 2:13-cv-26649 | Sego, Sondra & Frederick |
| 46 | 2:13-cv-27218 | Randol, Shannon |
| 47 | 2:13-cv-27269 | Snyder, Patience & Matthew |
| 48 | 2:13-cv-28083 | Howell, Jeanie & Douglas |
| 49 | 2:13-cv-29401 | Robinson, Belinda |
| 50 | 2:13-cv-30509 | Hau, Carrie A. |
| 51 | 2:13-cv-31925 | Arguilar, Maria |
| 52 | 2:13-cv-31930 | Torres Ruiz, Luz |
| ~~53~~ | ~~2:13-cv-32341~~ | ~~Martinez, Eloise~~ |
| 54 | 2:13-cv-32879 | Broughton, Margaret & Jay |
| 55 | 2:14-cv-00051 | Simpson, Ramona |
| 56 | 2:14-cv-01377 | Smith, Clarice |
| 57 | 2:14-cv-02166 | Bonilla, Martina |
| 58 | 2:14-cv-02925 | Gabel, Tina L. |
| 59 | 2:14-cv-02954 | Choate, Penny L. |
| 60 | 2:14-cv-02955 | Crandall, Lisa |
| 61 | 2:14-cv-04041 | Mayfield, Dianne |
| 62 | 2:14-cv-04318 | Scharping, Evelynne |
| 63 | 2:14-cv-04334 | Pine, Carrie |
| 64 | 2:14-cv-05177 | Vitkauskas, Rebecca & Paul |
| 65 | 2:14-cv-05314 | Scofield, Bonnie |
| 66 | 2:14-cv-06428 | Hoeltzner, Paula |
| 67 | 2:14-cv-06588 | Hamilton, Tina Marie |
| 68 | 2:14-cv-07095 | Baker, Stacey |
| 69 | 2:14-cv-07177 | White, Kimberly F. |

| | | |
|---|---|---|
| 70 | 2:14-cv-12999 | Painter, Charlene Marie |
| ~~71~~ | ~~2:14-cv-14174~~ | ~~Walker, Nancy K.~~ |
| 72 | 2:14-cv-17479 | De Saint Phalle, Jacqueline |
| ~~73~~ | ~~2:14-cv-18220~~ | ~~Rounds, Clara~~ |
| 74 | 2:14-cv-18584 | Mouser, Brenda & Charles |
| 75 | 2:14-cv-18586 | Mendez, Graciela & Refugio |
| 76 | 2:14-cv-20668 | Catlett, Brenda Lee |
| 77 | 2:14-cv-25588 | Crumpler, Montee |
| 78 | 2:14-cv-26647 | Hardin, Alice & William Sr. |
| 79 | 2:14-cv-27138 | Jones, Judith |
| 80 | 2:14-cv-28379 | Demontoya, Rose |
| ~~81~~ | ~~2:14-cv-28511~~ | ~~Darga, Jessica & Nicholas~~ |
| 82 | 2:14-cv-29092 | Willes, Lynne Gordiner |
| 83 | 2:15-cv-00184 | Maddock, Melissa |
| 84 | 2:15-cv-02111 | Olson, Cathryn |
| 85 | 2:15-cv-02112 | Renter, Victoria |
| 86 | 2:15-cv-02538 | Carter, Mistie |
| 87 | 2:15-cv-02935 | Hobson, Stephanie S. |
| 88 | 2:15-cv-02945 | Lindsey, Lorilynn R. |
| 89 | 2:15-cv-03049 | Hileman, Rena & Albert |
| 90 | 2:15-cv-03129 | Winsborough, Shannon P. |
| 91 | 2:15-cv-03304 | Dill, Mary E. & Michael F. |
| 92 | 2:15-cv-03452 | Dollahite, Vlema |
| 93 | 2:15-cv-03505 | Healey, Wendy |
| 94 | 2:15-cv-03828 | Adams, Stacy Hamlin & Allen |
| 95 | 2:15-cv-03831 | O'Donnel, Nancy & Patrick |
| 96 | 2:15-cv-04146 | Munsch, Sheila |
| 97 | 2:15-cv-04300 | Sevek, Penny & David |
| 98 | 2:15-cv-04940 | Brooks, Kristi |
| 99 | 2:15-cv-04948 | Barron, Michelle |
| 100 | 2:15-cv-05019 | Fahnestock, Martha |
| 101 | 2:15-cv-05080 | Gustus, Tracy |
| 102 | 2:15-cv-05126 | Congdon, Dora |
| 103 | 2:15-cv-05238 | Read, Paula S. |
| 104 | 2:15-cv-05432 | Ingram, Mary |
| 105 | 2:15-cv-05530 | Henriques, Stephanie |

| | | |
|---|---|---|
| 106 | 2:15-cv-05601 | Montgomery, Cheilion F. |
| 107 | 2:15-cv-05941 | Carter-Corn, Pamela |
| 108 | 2:15-cv-06456 | Crouch, Delores |
| 109 | 2:15-cv-07092 | Ercolani, Marcella |
| 110 | 2:15-cv-07878 | Forero-Salazar, Yaned |
| 111 | 2:15-cv-08107 | Alpha, Sheila |
| 112 | 2:15-cv-08791 | Bruno, Lynn |
| 113 | 2:15-cv-08888 | Piker, Patricia |
| 114 | 2:15-cv-09748 | Conley, Patricia |
| 115 | 2:15-cv-11219 | Gentry, Sally |
| ~~116~~ | ~~2:15-cv-11332~~ | ~~Nash, Marianne~~ |
| 117 | 2:15-cv-11944 | Allen, Joanne |
| 118 | 2:15-cv-12118 | Bardle, Beverly |
| 119 | 2:15-cv-12284 | Magnus, Roberta |
| 120 | 2:15-cv-12817 | Whitehurst, Melinda |
| 121 | 2:15-cv-13607 | Sapp, Renee |
| 122 | 2:15-cv-13608 | Doss, Paula |
| 123 | 2:15-cv-13670 | Shook, Marie |
| 124 | 2:15-cv-14573 | Antonson, Dorothy |
| 125 | 2:15-cv-14939 | Powell, Penny |
| 126 | 2:15-cv-16174 | Thomas, Sadie L. & John |
| 127 | 2:16-cv-00433 | Foley, Teresa |
| 128 | 2:16-cv-00852 | Price, Sharon & Jack |
| 129 | 2:16-cv-00869 | Johnson, Lauren & Ronald |
| 130 | 2:16-cv-01908 | Derrisseaux, Verla |
| 131 | 2:16-cv-03282 | Wilkerson, Barbara |
| 132 | 2:16-cv-03288 | Williams, Sandy Michelle |
| 133 | 2:16-cv-03361 | Williams, Clara |
| ~~134~~ | ~~2:16-cv-03562~~ | ~~Neil, Donna~~ |
| 135 | 2:16-cv-07227 | Catlin, Margaret |
| ~~136~~ | ~~2:16-cv-08000~~ | ~~Fischer, Roberta~~ |
| 137 | 2:16-cv-08589 | Wormsley, Janet |
| 138 | 2:16-cv-08894 | Estes, Devonna |
| 139 | 2:16-cv-09095 | Bruenning, Angela |
| 140 | 2:16-cv-09838 | Cruz, Paulina |
| 141 | 2:16-cv-10143 | Rowe, Alberta |

| # | Case No. | Name |
|---|---|---|
| 142 | 2:16-cv-11128 | Troyer, Cherie L. |
| 143 | 2:16-cv-11679 | Benson, Kathy Myers |
| 144 | 2:16-cv-12229 | Pantoja, Tracy Lynn |
| 145 | 2:17-cv-00851 | Johnson, Cheri |
| 146 | 2:17-cv-00859 | Macdonald, Michele |
| 147 | 2:17-cv-00861 | Aldrich, Teresa |
| 148 | 2:17-cv-00868 | Ratliff, Daphne |
| 149 | 2:17-cv-00869 | Policastro, Suzie |
| 150 | 2:17-cv-00917 | Brown, Denise |
| 151 | 2:17-cv-01108 | Szelest, Lisa |
| 152 | 2:17-cv-01111 | Sildack, Melissa |
| 153 | 2:17-cv-01115 | Rodgers, Stephanie |
| 154 | 2:17-cv-01124 | Houseknecht, Debra |
| 155 | 2:17-cv-01126 | Griesing, Betty |
| 156 | 2:17-cv-01127 | Gang, Debra |
| 157 | 2:17-cv-04358 | Walters, Anna S. & Wayne C. |
| 158 | 2:17-cv-04427 | McCaig, Carlene |